**No. 61381.**—K. Kalustyan Orient Expert Trading Corp. *v.* United States, protest 293651–K (A) (New York).

Opinion by DONLON, J.   The protest was dismissed.

NOVEMBER 22, 1957

**No. 61382.**—Remington Rand Division of Sperry Rand Corp. et al. *v.* United States, protest 290567–K and 5 others.—Protests abandoned October 16, 1957.   (Not published.)   (Initial No. 290567–K and 2 others and initial No. 292736–K and 2 others.)   Plaintiffs' application for rehearing granted.